UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T. NEWSON, *pro se,*

    Plaintiff,

v.                                                                      Case No. 8:09-cv-413-T-30TBM

CITY OF TAMPA, FLORIDA,

    Defendant.
_____/

## **ORDER OF DISMISSAL**

Before the Court is the Plaintiff's Response to Order to Show Cause and Notice of Voluntary Dismissal Without Prejudice (Dkt. #4). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 27, 2009.

                                                             JAMES S. MOODY, JR.
                                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2009\09-cv-413.vol dismissal order 4.wpd